UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSE BOSCHE,

    Plaintiff,

v.                                                                   Case No: 8:13-cv-179-T-30EAJ

THE HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Grant Approval for Danna Bosche to Attend the Mediation in this Action (Dkt. #36) and Plaintiff's Motion to Substitute Party (Dkt. #39).

Plaintiff Rose Bosche initiated this action against the Defendant The Hartford Insurance Company of the Midwest for breach of contract. Defendant issued a homeowner's insurance policy to cover Plaintiff's property. Plaintiff claimed damages to the home due to sinkhole activity; a claim which Defendant denied.

The property is titled to Arthur D. Bosche and Rose P. Bosche, as Trustees of their Trust Agreement dated February 23, 1998. Plaintiff died on December 3, 2013 and Arthur D. Bosche died in 2004. The Trust Agreement states that Danna Bosche is the successor trustee upon the death of the initial trustees. Danna Bosche attended mediation on behalf

of the Trust on January 27, 2014 and entered into a settlement agreement contingent on the Court's approval to substitute her as the Plaintiff in this case.

Pursuant to Federal Rule of Civil Procedure 25, upon a party's death, "[a] motion for substitution may be made by any party or by the decedent's successor or representative." As Plaintiff's successor trustee, Danna Bosche is entitled to be substituted as the Plaintiff in this action. *See Bracken v. Harris & Zide, L.L.P.*, 219 F.R.D. 481, 485 (N.D. Cal. 2004) (substituting successor trustees of living trust for individual defendant following his death).

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Grant Approval for Danna Bosche to Attend the Mediation in this Action (Dkt. #36) is DENIED as moot.
2. **Plaintiff's Motion to Substitute Party (Dkt. #39) is GRANTED.**
3. The Clerk is directed to substitute Danna Bosche, as successor trustee of the Arthur D. Bosche and Rose P. Bosche Revocable Living Trust Agreement dated February 23, 1998 as Plaintiff in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of January, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-179-m to subsitute 36 and 39.docx

2